```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                                        :
AMERICAN FEDERATION OF                  :
GOVERNMENT EMPLOYEES - LOCAL            :
1904, et al.,                           :
                                        : CIVIL ACTION NO. 07-4548 (MLC)
        Plaintiffs,                     :
                                        :         ORDER AND NOTICE
        v.                              :
                                        :
ROBERT M. GATES, et al.,                :
                                        :
        Defendants.                     :
                                        :
```

This matter arising upon the Court's own review of the docket; and it appearing on the docket that by Order entered on March 4, 2008 (dkt. entry no. 20), the Court lifted the stay of this action and authorized plaintiffs to "file a motion in conformity with the Rules" (id. at 2), and stated that the Court would conduct a scheduling conference call when plaintiffs accomplished that filing; and it further appearing that on March 25, 2008, counsel for plaintiffs electronically filed a two-page "Notice of Motion" seeking leave to file a First Amended Verified Complaint (dkt. entry no. 22); and the Court having examined that filing and concluding that it fails to conform to the Local Civil Rules of this District Court ("L. Civ. R.") because, inter alia, it does not (1) include a brief or a statement that no brief is necessary with reasons, in violation of L. Civ. R. 7.1(d)(1) and (d)(4)), and (2) have a copy of the proposed amended complaint attached as an exhibit to the notice of motion, in violation of

L. Civ. R. 7.1(f); and in the absence of the required papers, properly filed on the electronic docket by counsel of record, the Court having no obligation to entertain the filing as if it were a motion; and the Court noting that this is the second consecutive order requiring expenditure of judicial resources to reject inadequate procedural compliance by counsel, and the Court hereby notifying said counsel that continued failure to comply with the rules will cause future deficient filings to be terminated by the Clerk at the direction of the Court without further orders or explanation;

**IT IS THEREFORE** on this      7th      day of April, 2008, **ORDERED** that the deficient submission electronically filed by counsel for plaintiffs on March 25, 2008 as a Notice of Motion (dkt. entry no. 22) is hereby **TERMINATED** as procedurally deficient.

**THE PARTIES ARE NOTIFIED THAT** (1) the Order entered herein on March 4, 2008 (dkt. entry no. 20) remains in effect; and (2) the parties are directed, pursuant to L. Civ. R. 7.1(g), to submit to chambers Courtesy Copies of all electronically filed papers; and the Court will not schedule or respond to any electronic filings which are not accompanied by Courtesy Copies.

                                           s/ Mary L. Cooper
                                           **MARY L. COOPER**
                                           United States District Judge