UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES - LOCAL
1904, et al.,

    Plaintiffs,

v.

ROBERT M. GATES, et al.,

    Defendants.

: CIVIL ACTION NO. 07-4548 (MLC)

**SCHEDULING ORDER**

The Court having conducted a scheduling teleconference with counsel on this date; and it appearing that there are two motions currently pending: Motion 18 is defendants' motion to dismiss for lack of jurisdiction, and Motion 26 is plaintiffs' motion for leave to file a First Amended Verified Complaint; and for good cause appearing,

**IT IS THEREFORE** on this 5th day of May, 2008, **ORDERED** that the parties shall file their responses to the pending motions on the following schedule:

    May 21    plaintiffs' opposition to Motion 18; and
                 defendants' opposition to Motion 26;

    June 9    defendants' reply re: Motion 18; and
                 plaintiffs' reply re: Motion 26;

and the Court will hear oral argument on these pending motions on Wednesday, June 18, 2008 at 1:00 p.m.

                                          s/ Mary L. Cooper
                                          **MARY L. COOPER**
                                          United States District Judge